USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/05/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVARISTO ESPINOBARROS BASURTO,
*individually and on behalf of others similarly situated*,

         Plaintiff,

- against -

DIALA DELI GOURMET CORP. d/b/a DIALA DELI, *et al.*,

         Defendants.
-----------------------------------------------------------------X

**ORDER**

19-CV-9792 (LTS) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at today's settlement conference, the parties are directed to continue settlement negotiations on their own and to report to the Court regarding the status of their negotiations by filing a letter on the docket no later than **April 6, 2020**.

    **SO ORDERED.**

Dated: March 5, 2020
       New York, New York

                                      _____
                                      JAMES L. COTT
                                      United States Magistrate Judge